UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DIANA T. BROOKS** | **CIVIL ACTION** |
| **VERSUS** | **NO:  14-1419** |
| **KELLY NORTH, ET AL.** | **SECTION: "F" (4)** |

### O R D E R

The Court, having considered the motion, response, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Defendants North and Uptown are **DISMISSED WITHOUT PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(1) and 41(a)(1)(A)(2), respectfully.

**IT IS FURTHER ORDERED** that Defendant's **Motion to Dismiss (R. Doc. 5)** is **DENIED AS MOOT**.

New Orleans, Louisiana, this __20th__ day of August, 2014

_____
**UNITED STATES DISTRICT JUDGE**